|   |   |
|---|---|
| 1 | E. MARTIN ESTRADA<br>United States Attorney |
| 2 | DAVID M. HARRIS<br>Assistant United States Attorney |
| 3 | Chief, Civil Division |
| 4 | CEDINA M. KIM<br>Assistant United States Attorney |
| 5 | Senior Trial Attorney, Civil Division<br>MARGARET BRANICK-ABILLA, CSBN 223600 |
| 6 | Special Assistant United States Attorney |

JS-6

E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
MARGARET BRANICK-ABILLA, CSBN 223600
Special Assistant United States Attorney
    Social Security Administration
    160 Spear St., Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4809
    Facsimile: (415) 744-0134
    Email: Margaret.Branick-Abilla@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

JENNIFER FLEISCHER,

    Plaintiff,

    v.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

    Defendant.

No. 2:22-cv-01766-SK

**JUDGMENT**

    Having approved the parties' Stipulation to Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

DATED: December 2, 2022

                                      HON. STEVE KIM
                                      UNITED STATES MAGISTRATE JUDGE